# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

VERSUS

OCCIDENTAL CHEMICAL
CORPORATION, ET AL

NO.  2020 CW 0438

**JULY 13, 2020**

In Re:  National Union Fire Insurance Company of Pittsburgh, PA. and AIG Specialty Insurance Company (as alleged Pre-2009 Insurers of Texas Brine Company, LLC), applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

BEFORE:  McDONALD, THERIOT, AND BURRIS,[1] JJ.

**WRIT DENIED.**   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

JMM
MRT
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.